UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00349

**Mardella Hill,**
*Plaintiff,*

v.

**Shoe Carnival, Inc.,**
*Defendant.*

**ORDER**

Plaintiff, proceeding pro se, filed this lawsuit under the Telephone Consumer Protection Act. Doc. 1. The case was referred to a magistrate judge. Defendant then moved to dismiss for failure to state a claim. Doc. 13. The magistrate judge issued a report recommending that defendant's motion be granted and that plaintiff's claims be dismissed with prejudice. Doc. 22 at 6. Plaintiff did not object to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss (Doc. 13) is granted and plaintiff's claims are dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on January 27, 2026.*

J. CAMPBELL BARKER
United States District Judge